# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00032-CR

**Laura Suzanne Weaver, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NO. 8421, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss her appeal in compliance with the rules of
appellate procedure. *See* Tex. R. App. P. 42.2. We grant the motion and dismiss the appeal. *See id*.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed: April 15, 2011

Do Not Publish